# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

ELEANOR CARPENTER AND MARIE G.
CARPENTER,

             Respondents

             v.

MASTER REMODELERS, INC., A
CORPORATION,

             Petitioner

: No. 151 WAL 2018
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

     **AND NOW**, this 3rd day of October, 2018, the Petition for Allowance of Appeal is **DENIED**.